[No. 11974-9-II. Division Two. August 22, 1989.]

JOEL O. DIVEN, ET AL, *Appellants*, v. GLEN C. HENDERSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 86-2-03551-1, Arthur W. Verharen, J., entered May 4, 1988. *Affirmed in part* and *reversed in part* by

unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.